UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 07-20182

IN RE:     JERRY BAKER AND DIANE BAKER, DEBTORS

## NOTICE TO CONVERT TO CHAPTER 7

Comes the Debtor, Diane Baker, by and through counsel, and filed herewith a Notice for relief under Chapter VII of the Bankruptcy Code thereby converting this case from a case under Chapter XIII to a case under Chapter VII of the Bankruptcy Code.

As grounds debtor state that her husband, Jerry Baker, died on January 7, 2008; therefore, making any further Chapter 13 payments unfeasible.

/s/ Roger W. Howland
ROGER W. HOWLAND
KBA #33915
Attorney for Debtor
1037 Madison Avenue
Covington, Kentucky  41011
(859) 261-3232
(859) 431-4884 - fax

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice was mailed on this 3rd day of April, 2008, to the Assistant U.S. Trustee, the Chapter XIII Trustee, and to all creditors listed in debtor's petition.

/s/ Roger W. Howland
ROGER W. HOWLAND